United States District Court
Southern District of Texas
ENTERED

JUN 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

JUN 25 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELVIA DE LEON § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-98-072 |
| HARLINGEN CONSOLIDATED § | (Jury Requested) |
| INDEPENDENT SCHOOL DISTRICT; § | |
| SAN BENITO CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT; § | |
| AND JOSE GONZALES, INDIVIDUALLY § | |
| AND IN HIS OFFICIAL CAPACITY § | |
| AS SUPERINTENDENT OF SCHOOLS OF § | |
| SAN BENITO CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT § | |

## ORDER

On this the 25th day of June, 1998, came on for consideration Defendants' Motion for Leave to Appear and it appearing to the Court that said Motion is well taken it is, therefore,

ORDERED that Ernest Aliseda of the law firm of Willette, Guerra & Treviño, L.L.P. be allowed to appear in place of Eileen M. Leeds, attorney in charge, for Defendants, also of the law firm of Willette, Guerra & Treviño, L.L.P. at the Initial Pretrial Conference before this Court on June 25, 1998 at 2:00 p.m.

Signed for entry on this 25th day of June, 1998. at Brownsville, Texas

_____
JUDGE PRESIDING

4