United States District Court
Southern District of Texas
ENTERED
JUN 29 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk M. _____

United States District Court
Southern District of Texas
FILED
JUN 25 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELVIA DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-072 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
| ET AL. | § | |

## ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) Defendant Harlingen Consolidated Independent School District's Motion for Summary Judgment to be filed by **July 15, 1998**.
    Plaintiff's Response to be filed by **August 17, 1998**.

(2) All discovery in this case must be completed by **May 14, 1999**. If additional time is required, a motion requesting such extension must be filed no later than **April 30, 1999**. Failure to file such motion shall preclude further discovery.

(3) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(4) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **June 18, 1999**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5) A final pretrial and settlement conference is set for **June 18, 1999 at 2:00 P.M.**

(6) Final Pretrial is set for **July 1, 1999 at 8:30 A.M.** before Judge Hilda G. Tagle. Jury selection is set for **July 2, 1999 at 8:30 A.M.** before Judge Hilda G. Tagle.

(7)  Trial on the merits is set for **July 1999**, docket call.

DONE at Brownsville, Texas, on this 25th day of June 1998.

                                                    John Wm. Black
                                       United States Magistrate Judge