*9*

United States District Court
Southern District of Texas
ENTERED

JUL 17 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 16 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ELVIA DE LEON | § |
| | § |
| | § |
| vs. | § |
| | § CIVIL ACTION NO. B-98-072 |
| HARLINGEN CONSOLIDATED | § |
| INDEPENDENT SCHOOL DISTRICT, | § |
| ET AL. | § |

## ORDER

On this day came on to be considered Defendant Harlingen Consolidated Independent School District's Unopposed Motion for Extension of Time to File Motion for Summary Judgment.  The Court is of the opinion that said motion has merit and should be granted.

IT IS, THEREFORE, ORDERED that Defendant Harlingen Consolidated Independent School District's Unopposed Motion for Extension of Time to File Motion for Summary Judgment is hereby granted, and that the deadline for Defendant Harlingen Consolidated Independent School District to file its motion for summary judgment is hereby extended to August 31, 1998.

SIGNED this 16th day of JULY, 1998.

_____
UNITES STATES ~~DISTRICT~~ JUDGE
MAGISTRATE