```
                                              United States District Court
                                               Southern District of Texas
                                                       ENTERED
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF TEXAS                NOV 18 1998
              BROWNSVILLE DIVISION
                                              Michael N. Milby, Clerk of Court
                                              By Deputy Clerk
```

Elvia De Leon                       §
                                    §
versus                              §   C.A. B-98-72
                                    §
                                    §
Harlingen Independant School
District, et al

### ORDER

1. As previously ordered, a settlement conference is set June 18, 1999, at 2:00 P.M., and the joint pretrial order is due June 18, 1999.

2. The pretrial conference and jury selection set before Judge Hilda G. Tagle are canceled. They will be reset after the settlement conference.

Signed on __17 NOV__, 1998, at Brownsville, Texas.

　　　　　　　　　　　　　　　　　　　　　John Wm. Black
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge