*16*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**FEB 0 8 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELVIA DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-072 |
| | § | |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
| ET AL. | § | |

## ORDER

The Notice of Removal in this case refers to a Second Amended Original Petition having been filed by Plaintiff on May 7, 1998. This pleading is not attached to the Notice of Removal as stated on Page 2. It is not included in the Index of Documents filed. It is not listed on the Docket sheet furnished by the County Clerk.

Counsel will advise the court before February 12, 1999, whether in fact such a pleading exists. If it does, a certified copy will be filed by that date.

SO ORDERED.

DONE at Brownsville, Texas, this 8th day of February 1999.

_____
John Wm. Black
United States Magistrate Judge