# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| ELVIA DE LEON | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-072 |
| HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, ET AL. | § § § | |

*United States District Court*
*Southern District of Texas*
*FILED*
*JUN 1 6 1999*
*Michael N. Milby*
*Clerk of Court*

*United States District Court*
*Southern District of Texas*
*ENTERED*
*JUN 23 ...*
*Michael N. Milby, ...*

## ORDER

IT IS HEREBY ORDERED:

That the Order of June 25, 1998, setting the deadline for filing the Agreed Pretrial Order and final pretrial and settlement conference for June 18, 1999 be passed until notified by the Court.

DONE at Brownsville, Texas, this 16th day of June 1999.

_____
John Wm. Black
United States Magistrate Judge