3/

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

JUL 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ELVIA DE LEON § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-072 |
| § | |
| HARLINGEN CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT; § | |
| SAN BENITO CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT; § | |
| and JOSE GONZALES, Individually and § | |
| in his Official Capacity as Superintendent § | |

ORDER AND FINAL JUDGMENT

Before the Court is Magistrate Judge's Amended Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 22, 1999 should be ADOPTED.

It is ORDERED that Defendant Harlingen Consolidated Independent School District's Motion for Summary Judgment (Docket No. 10) be GRANTED, and Plaintiff Elvia De Leon's claims against Harlingen Consolidated Independent School be DISMISSED WITH PREJUDICE.

It is further ORDERED that Defendants San Benito Consolidated Independent School District and Jose Gonzalez's, Individually and in his Official Capacity as Superintendent of Schools, Motion for Summary Judgment (Docket No. 14) be GRANTED, and Plaintiff Elvia De Leon's claims against San Benito Consolidated Independent School District and Jose Gonzalez, Individually and in his Official Capacity as Superintendent of Schools, be DISMISSED WITH PREJUDICE.

DONE in Brownsville, Texas, on this _____ day of _____ 1999.

Hilda G. Tagle
United States District Judge